U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
APR - 3 2006
CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) No. | 3:94-CR-105-T |
| | ) | 3:01-CV-890-T |
| v. | ) | |
| | ) | |
| DONALD MACK MARTIN | ) | |

## ORDER

On May 11, 2001, Defendant brought a motion to vacate, set aside, or correct his sentence pursuant to § 2255. On June 7, 2001, Defendant filed an identical motion pursuant to § 2255. Petitioner filed supplements to his § 2255 motions on December 10, 2001, and March 27, 2002. On September 12, 2002, the United States Magistrate Judge entered Findings, Conclusions, and Recommendations. The United States Magistrate Judge recommended that the § 2255 motions be denied. On September 27, 2002, Defendant filed Objections to the United States Magistrate Judge's Findings, Conclusions, and Recommendation.

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this __3__ day of __April__, 2006.

_____
UNITED STATES DISTRICT JUDGE